IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MINH DUNG ALUMINUM COMPANY, LTD,** : | | |
| Plaintiff : | No. 1:20-cv-01764 | |
| : | (Judge Kane) | |
| v. : | | |
| : | | |
| **ALUMINUM ALLOYS MFG LLC,** : | | |
| Defendant : | | |

## ORDER

**AND NOW**, on this 2nd day of August 2021, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Plaintiff's motion for entry of default judgment (Doc. No. 14) is **GRANTED IN PART** and **DENIED IN PART** as follows:

    a. Plaintiff's motion is **GRANTED** to the extent it seeks a judgment against Defendant in the amount of $244,372.20 representing direct damages for breaches of sales contracts for the sale of aluminum ingots, costs incurred to store nonconforming goods, and lost profits stemming from Defendant's failure to fulfill its obligations under the parties' contracts;

    b. Plaintiff's motion is **DENIED** to the extent it seeks a judgment against Defendant in the amount of $725.00 for costs and fees associated with litigating this matter;

2. The Clerk of Court is **DIRECTED** to enter judgment in favor of Plaintiff and against Defendant in the amount of $244,372.20; and

3. The Clerk of Court is directed to **CLOSE** the case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
